IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

BRANDON CURTIS DABBS,

PLAINTIFF,

VS.

DEPARTMENT OF CORRECTIONS,
STATE OF MISSOURI,
EMPLOYEES AND SUB CONTRACTORS,
CORIZON MEDICAL SERVICES,

DEFENDANTS.

17-4255-CV-C-SRB-P

CASE NO. _____

DEFENDANTS ARE SUED IN THEIR
____ INDIVIDUAL CAPACITY
____ OFFICIAL CAPACITY
__X__ BOTH

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. §1983

I. PLACE OF PRESENT CONFINEMENT OF PLAINTIFF: Jefferson City Correctional Center; 8200 No More Victims Road; Jefferson City, Mo. 65101.

II. PARTIES TO THIS CIVIL ACTION:

PLEASE GIVE YOUR COMMITMENT NAME AND ANY ANOTHER NAME(S) YOU HAVE USED WHILE INCARCERATED.

A. PLAINTIFF: Brandon Curtis Dabbs   REGISTER NO. 512946

ADDRESS: 8200 No More Victims Road; Jefferson City, MO. 65101

**DEFENDANT:** George A. Lombardi, (Director Department of Corrections State of Missouri); Dave Dormire, (Director of Adult Institutions Department of Corrections State of Missouri); Jay Cassady (Warden Jefferson City Correctional Center Department of Corrections State of Missouri); Employees of the Department of Corrections (to be named later after discovery); Corizon Medical staff (to be named later after discovery).

FOR ADDITIONAL PLAINTIFFS OR DEFENDANTS, PROVIDE ABOVE INFORMATION IN SAME FORMAT ON A SEPARATE PAGE.

III. DO YOUR CLAIMS INVOLVE MEDICAL TREATMENT? YES__X__ NO_____

IV. DO YOU REQUEST A JURY TRIAL? YES__X__ NO_____

V. DO YOU REQUEST MONEY DAMAGES? YES__X__ NO_____

STATE THE AMOUNT CLAIMED? $150,000.00 / $150,000.00 (ACTUAL/PUNITIVE)

VI. ARE THE WRONGS ALLEGED IN YOUR COMPLAINT CONTINUING TO OCCUR? YES_____ NO__X__

VII. GRIEVANCE PROCEDURES:

A. DOES YOUR INSTITUTION HAVE AN ADMINISTRATIVE OR GRIEVANCE PROCEDURE? YES__X__ NO_____

B. HAVE THE CLAIMS IN THIS CASE BEEN PRESENTED THROUGH AN ADMINISTRATIVE OR GRIEVANCE PROCEDURE WITHIN THE INSTITUTION? YES__X__ NO_____

IF A GRIEVANCE WAS FILED, STATE THE DATE YOUR CLAIMS WERE PRESENTED, HOW THEY WERE PRESENTED, AND THE RESULT OF THAT PROCEDURE. (ATTACH A COPY OF THE FINAL RESULT.) Informal Resolution Request (I.R.R.) filed 5/23/2016 Date of Response 6/15/2016 Denied.; Offender Grievance filed 8/2/2016 Grievance Response 8/21/2016 Denied.; Offender Grievance Appeal Filed 8/31/2016 Offender Grievance Appeal Response Date Received 9/19/2016 Date of Response 9/28/2016 Denied.;

D. IF YOU HAVE NOT FILED A GRIEVANCE, STATE THE REASONS. N/A

VIII. PREVIOUS CIVIL ACTIONS:

A. HAVE YOU BEGUN OTHER CASES IN STATE OR FEDERAL COURTS DEALING WITH THE SAME FACTS INVOLVED IN THIS CASE? YES_____ NO__X__.

B. HAVE YOU BEGUN OTHER CASES IN STATE OR FEDERAL COURTS

RELATING TO THE CONDITIONS OF OR TREATMENT WHILE INCARCERATED?
YES ____ NO _X_.

C. IF YOUR ANSWER IS "YES," TO EITHER OF THE ABOVE QUESTIONS, PROVIDE THE FOLLOWING INFORMATION FOR EACH CASE.

(1) STYLE: N/A

(2) DATE FILED: N/A

(3) COURT WHERE FILED: N/A

(4) CASE NUMBER AND CITATION: N/A

(5) BASIC CLAIM MADE: N/A

(6) DATE OF DISPOSITION: N/A

(7) DISPOSITION: N/A

(8) IF RESOLVED, STATE WHETHER FOR: N/A

FOR ADDITIONAL CASES, PROVIDE THE ABOVE INFORMATION IN THE SAME FORMAT ON A SEPARATE PAGE.

IX. STATEMENT OF CLAIM:

A. STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CLAIM. DESCRIBE HOW EACH NAMED DEFENDANT IS INVOLVED. INCLUDE THE NAMES OF OTHER PERSONS INVOLVED, DATES AND PLACES. DESCRIBE SPECIFICALLY THE INJURIES INCURRED. DO NOT GIVE LEGAL ARGUMENTS OR CITE CASES OR STATUTES. YOU MAY DO THAT IN ITEM "B" BELOW. IF YOU ALLEGE RELATED CLAIMS, NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED TO STATE THE FACTS. ATTACH EXTRA SHEETS, IF NECESSARY. UNRELATED SEPARATE CLAIMS SHOULD BE RAISED IN A SEPARATE CIVIL ACTION.

On 3/12/2016 I was assaulted by various staff members of the Department of Corrections State of Missouri and various staff members of Corizon Medical Services in the Jefferson City

Correctional Center, Cole County, Jefferson City, Mo. at @ 4:15 p.m. lasting until @ 6:45 p.m.

    I was cuffed to a bed, stripped of my pants and underwear, my legs were cuffed and shackled to the bed. A catheter was forced down my penis. I informed medical staff numerous times to stop, that they were hurting me. Custody then while I was cuffed held down my extremities and bent my feet and wrist which I still have scars from and stuck me with needles from who know where trying to get my blood. At this time I was in so much pain from the catheter being forcibly inserted into my penis that I did not trust them touching me at all.

    Hand held video recordings were taking while the catheter was being removed but not inserted. While removing the catheter I was bleeding profusely from my penis. Custody and medical staff refused me food until I urinated in the catheter bag which I never was able to do because of damage caused by the catheter being forcibly inserted into my penis the wrong way and placed to far. Causing me to bleed even more.

    I continue to have problems from this incident as well as health issues from my medical past. I filed a Health Services Request form (H.S.R.), and did not receive any medical attention. I have been suffering ear infections for over five months and It has gotten worse to the point that my ear is bleeding internally.

    The pain has increased so bad that I have tried to declare medical emergencies on several occasions but no help was given. Documents have been falsified stating that I have been satisfied with medical or the Grievance process, and no results have come

See Attached

with discussion over this matter.

My basic human rights have been violated. I have been assaulted by Custody and Medical Staff.

**B. STATE BRIEFLY YOUR LEGAL THEORY OR CITE APPROPRIATE AUTHORITY:** I am a ward of the State of Missouri, which makes me subject to the medical staff that is contracted out. Medical staff takes a Hippocratic Oath to first do no harm. Custody staff are paid to insure my safety and well being. I was assaulted under the color of authority but this does not shield Custody staff or Medical staff from the rules of law or human decency. My civil and constitutional rights have been violated and medical malpractice has occurred at my expense.

**X. RELIEF: STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS.**

That assault charges be filed on all Custody and Medical staff that physically assaulted me. Photos be taken of the damage caused by the handcuffs both externally and internally.

That I be seen and treated by outside medical staff (Doctor) who specializes in the area's that I have been damaged. That long term care be provided medically and that monetary damages be awarded. That a true investigation into this matter be done by an outside agency. That any and all people either named or yet to be named in the law suit be held accountable as the law allows. That an outside agency be established to oversee medical and custody actions that take place between them and the people they are charged to watch over and protect. Someone needs to hold the Department of Corrections and other agencies that are sub-contracted by the

State of Missouri accountable for all actions. (A public review board).

XI. COUNSEL:

A. IF SOMEONE OTHER THAN A LAWYER IS ASSISTING YOU IN PREPARING THIS CASE, STATE THE PERSONS NAME. N/A

B. HAVE YOU MADE ANY EFFORT TO CONTACT A PRIVATE LAWYER TO DETERMINE IF HE OR SHE WOULD REPRESENT YOU IN THIS CIVIL ACTION? YES _X_ NO _____.

IF YOUR ANSWER IS "YES" STATE THE NAME(S) AND ADDRESS(ES) OF EACH LAWYER CONTACTED.

Roger G. Brown & Associates, 216 E. McCarty St., Jefferson City, Mo. 65101, Phon# 573-634-8501.; R. Bruce Kips, BMO Harris Bank Building, 6333 Long, Suite 380, Shawnee, Kansas 66216, Phon# 913962-9800; State Board of Registration for the Healing Arts, 3605 Missouri Blvd., P.O. Box 4, Jefferson City, Mo. 65102; Rodney W. Sippel, Chief Judge; Carol E. Jackson, 111 S. 10th street, room 14-148, ctm 14 N., Phon# 314-244-9540; State Representative Linda Black, CC: File No. 512946.

C. HAVE YOU PREVIOUSLY HAD A LAWYER REPRESENTING YOU IN A CIVIL ACTION IN THIS COURT? YES _____ NO _X_.

IF YOUR ANSWER IS "YES," STATE THE NAME AND ADDRESS OF THE LAWYER. N/A

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED (SIGNED) THIS 11 DAY OF December 2017.

SCOTT KINTNER
My Commission Expires
November 27, 2021
Cole County
Commission #12315257

SIGNATURE OF PLAINTIFF

6/6

Brandon Dabbs #1129448 H.U. 3A112
Jefferson City Correctional Center
8200 No More Victims Road
Jefferson City, Mo. 65101

U.S.
No.

U.S. District Court
Office of the Clerk
1510 Whittaker Courthouse
400 E. Ninth Street
Kansas City, Mo. 64106

THIS CORRESPONDENCE IS FROM AN INMATE
IN THE CUSTODY OF THE
MISSOURI DEPARTMENT OF CORRECTIONS.
THE DEPARTMENT IS NOT RESPONSIBLE FOR THE
CONTENTS OF THIS CORRESPONDENCE. FOR
INFORMATION ABOUT THE DEPARTMENT OR TO VERIFY
INFORMATION ABOUT THE OFFENDER, PLEASE VISIT
OUR WEBSITE AT WWW.DOC.MO.GOV
<http://WWW.DOC.MO.GOV>

2017 DEC 26 PM MISSOURI 652
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY MO

THRU 21 DEC 2017 PM