> *Exhibit "A", is not based on truth: This response appears to mere "Damage Control". What Physicians Ordered a "Nurse" to put a "Catheter" by forcing it til Blood comes!?*

# IRR Response

*OFFENDER COPY*

**To:** Brandon Dabbs #512946

**Institution:** Jefferson City Correctional Center

**IRR Number:** JCCC-16-1012

**Date of IRR:** 05/23/16

Your IRR has been received and reviewed as well as your medical record. The purpose of this review is to determine if medically necessary health care, as determined by your health care providers, has been provided to you. This assessment of your medical needs may differ from your personal desires.

Your concern is understood to be: You believe you were mistreated by the medical staff on 3/12/16.

Subsequent to review and investigation, the results are as follows: On 3/12/16 during an emergency response, the nursing staff treated you per the physicians orders. These orders included placing a catheter and lab work. These orders were given based on the medical staff's assessment as well as your medical/mental status at the time.

In conclusion, based on this information, the nursing staff carried out orders given to them by a provider based on their assessment.

If your medical condition changes please address any concerns through the sick call process at your facility.

| 05/25/16 | 06/15/16 | _Kacie Napier RN DON_ |
|---|---|---|
| Date Received | Date of Response | Kacie Napier RN, DON |
| | | Director of Nursing |

( pg. 1 )



**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**INFORMAL RESOLUTION REQUEST**

MAY 2 5 2016
(BSU) 4/18/16

INSTITUTION USE ONLY ☐ EMERGENCY COMPLAINT

| | | | |
|---|---|---|---|
| OFFENDER NAME: Dabbs, Brandon | | | DOC NUMBER: 512946 |
| DATE STAFF RECEIVED IRR: 5/23/16 | COMPLAINT NUMBER: JCCC 16 1012 | OFFICE: Medical | HOUSING UNIT: 7 |

**COMPLAINT - ONE ISSUE - BE SPECIFIC**

JCCC 16-539 IRR was never resolved - I was told I was signing saying we had a discussion. And never heard back on the Findings/Response or given the chance to get a grievance

**STATE YOUR PROBLEM BRIEFLY**

I was assaulted on 3/12/16. I was cuffed to a bed held down while a cathider was forced down my penis and attempts at sticking needles in various parts of my body where made to draw blood. I told them to stop, I would give them a U/A if thats what they wanted, but that they were killing me with pain

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

Assault charges be filed on all staff that physically had something to do with the assault. Pictures taken of the damage caused by the handcuffs. Treatment of all health issues by outside doctor.

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

SEE Attached # CJCCC 16-539, IRR
pages 1 + 2
I want copys of all 3 pages of this IRR.

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN   ☒ IRR NOT RESOLVED BY DISCUSSION

OFFENDER SIGNATURE  DATE: 6/15/16   STAFF SIGNATURE  DATE: 10/15/16

**STAFF FINDINGS/RESPONSE**

INVESTIGATING STAFF SIGNATURE  DATE: 10/15/16   RESPONDENT SIGNATURE  DATE: 10/15/16
REVIEWER SIGNATURE  DATE: 8/29/16   RESULTS: ☐ SATISFACTORY  ☐ UNSATISFACTORY

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

OFFENDER SIGNATURE   DATE

MO 931-3376 (12-04)

Pg. 1 #CJCCC 16-539, IRR

Pg. 1

On 3/12/16 Me Brandon Dabbs #512946 was assaulted by various staff members in Jefferson City Correctional Center in Cole County, Jefferson City, Mo. @ 4:15 pm lasting until @ 6:45 pm they cuffed me to a bed; stripped my pants + underwear off me, cuffed my legs to the bed, and then forced a cathider down my penis. I told them numerous times to stop. They were hurting me. They then, while I was cuffed held down my extremities and bent my feet and wrist which I still have scars from and stuck me with needles from who knows where tryin to get my blood. But at this time I was in so much pain from the cathider I didn't trust them touching me at all. They recorded taking the cathider out and blood was pouring from my penis. They refused me food until I urinated in the cathider bag which never happened because they inserted the cathider wrong

(Pg. 3)

I am continuing to have problems from 3/12/16 as well as health issues previously, that I put in H.S.R.'s and don't receive medical attention. I've had an ear infection for over 5 months and it had gotten to the point it was bleeding (My ear) Crystal and I discussed this matter and she said she would get it taken care of. To No Avail. The pain had gotten so bad I tried on various occasions to declare Medical Emergency. But My efforts were in vain.

I don't believe Crystal supervisor of Nursing should be the one to see or discuss with me these Matters, because for one she obvioubly has personal ties with Many of the assalants, and misled and lied to me on the discussion we had over My I.R.R. and issues Medically. I Never signed off stating I was sastified, and there were no results from our discussion she asked me to sign saying that we had a discussion, and Now somehow I'm told the IRR was completed. (pg. 4)

# Grievance Response

**To:** Dabbs, Brandon 512946

**Institution:** Jefferson City Correctional Center

**Grievance Number:** JCCC-16 -1012

**Date of Grievance:** 8/2/16

Your Grievance has been received and reviewed as well as your medical record. The purpose of this review is to determine if medically necessary health care, as determined by your health care providers, has been provided to you. This assessment of your medical needs may differ from your personal desires.

Your concern is understood to be: You feel you were assaulted during treatment following a medical emergency.

Subsequent to review and investigation, the results are as follows: Medical staff responded to a call in the housing unit where you were unconscious and unresponsive. You were brought to the medical unit and assessed where you remained breathing, and unresponsive, with altered level of consciousness. A physician was notified and blood as well as a urine sample was ordered. Due to your state of mind, and the inability to communicate effectively with you, you were restrained and a catheter was inserted. While inserting the catheter, you became increasing lucid, possibly related to the pain caused by the difficulty in placing the catheter. After you became fully awake, you reported pain and discomfort. The catheter was removed and bleeding was noted. You were then transported to the local emergency room for care and further assessment. A catheter was placed at the hospital and determined that the catheter had not entered the bladder.

In conclusion, based on this information: You were given treatment for your medical emergency as directed by a physician. Your last follow up appointment for urinary problems was in May 2016. If you continue to have problems. Please seek medical attention immediately.
If your medical condition changes please address any concerns through the sick call process at your facility.

| 08/03/2016 | 08/21/2016 | W Laramore HSA |
|---|---|---|
| Date Received | Date of Response | Wanda Laramore |
| | | Health Services Administrator |

Dr. Narendra Khengar
Medical Director

RECEIVED
AUG 0 3 2016

5) Medical Treatment

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**OFFENDER GRIEVANCE**

Initial: JO

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| JCCC 16-1012 | JCCC 16-1012 | AUG - 2 2016 |

**INSTITUTION USE ONLY**

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| Dabbs | Brandon | 512946 | 10C211 | 6 | JCCC |

**OFFENDER GRIEVANCE REQUEST**

Refer to i.r.r. JCCC 16-1012 + Response
My Grievances have nothing to to do with my
personal desires, but my basic rights to treat-
ment of Medical issues, and moreover not to be
assaulted by those trusted to treat Me; and
those responsible for my safety + security.

OFFENDER SIGNATURE: Brandon [signature] #512946      DATE: 7/14/16

**SUPERINTENDENT RESPONSE**

SUPERINTENDENT/SECTION HEAD: [signatures]      DATE: 8/24/16

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION            ☐ I APPEAL THIS DECISION

OFFENDER SIGNATURE:                              DATE:

MO 931-3377 (12-04)

## OFFENDER GRIEVANCE APPEAL RESPONSE

**TO:** Dabbs, Brandon #512946

**INSTITUTION:** Jefferson City Correctional Center

**GRIEVANCE NUMBER:** JCCC-16-1012

**DATE OF APPEAL:** August 31, 2016

Your grievance appeal has been received and reviewed. As well, your medical record has been reviewed. The purpose of this review is to assure that timely and appropriate healthcare has been provided to you. This assessment of your medical needs may differ from your personal desires.

I understand your one original IRR complaint to be you contend that you believe that you were mistreated by the medical staff March 12, 2016 following a medical emergency.

Upon review of your medical record, grievance records and investigation of your concern, I found you were seen and examined by the medical staff on March 12, 2016 during treatment following a medical emergency. Your record notes appropriate care and treatment by the medical staff to include place a catheter going to the emergency room. Your record does show that you had a follow-up appointment.

Conclusion: Based on the above information, your Grievance Appeal is not supported, as outlined above. Your record shows appropriate care and treatment for your medical issues by licensed, qualified healthcare professionals with many years of experience. We rely upon the independent, discretionary medical judgment of the site physicians to determine what care, medication and treatment is needed.

This should resolve your grievance. No further action is indicated at this time.

Should your medical condition change, please address any concerns through the sick call process at your facility.

September 19, 2016    September 28, 2016
Date Received    Date of Response    J. Cofield
Director Operations, Constituent Services

T. Bredeman D.O. Assoc. Regional Medical Dir.



**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**OFFENDER GRIEVANCE APPEAL**

| GRIEVANCE NUMBER | DATE FILED |
|---|---|
| JCCC 16-1012 | AUG 31 2016 |

| OFFENDER NAME (LAST NAME, FIRST) | DOC NUMBER | INSTITUTION |
|---|---|---|
| Dabbs, Brandon | 512946 | JCCC |

**REASON FOR APPEAL**

I Don't believe My Issues were thoroughly Investigated by Mr. Jay Cassidy and his office Because with the facts provided (Referr back to I.R.R. JCCC 16-1012) IN said I.R.R. and information avalible to Mr. Cassidy and his Office, it is More than apparent that My Basic Human rights were violated and more over an assault on me occoured. And all persons whom have been made aware, or have knowledge of said assault at the time it occoured or after, that did Not report it to the proper authorities, is iN essence liable and resposible.
Ultimately Mr. Cassidy, his office, and all staff at J.C.C.C. are resposible for the Safety + Security of inmates

**OFFENDER SIGNATURE:** [signature]
**DATE:** 8/29/16

**RESPONSE**



RECEIVED SEP 1 3 2016
DIRECTOR, DIV OF OFFENDER REHABILITATIVE SERVICES



RECEIVED SEP 19 2016
CORIZON MISSOURI REGIONAL OFFICE

| SIGNATURE | DATE |
|---|---|
| | |

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |

MO 931-3378 (5-03)

# STATE OF MISSOURI
## DEPARTMENT OF CORRECTIONS
### OFFENDER GRIEVANCE APPEAL

| GRIEVANCE NUMBER | DATE FILED |
|---|---|
| JCCC 17-852 | |

| OFFENDER NAME (LAST NAME, FIRST) | DOC NUMBER | INSTITUTION |
|---|---|---|
| Dabbs, Brandon | 512946 | JCCC |

**REASON FOR APPEAL**

Refer to #IRR-JCC-17-852 adding even though a combination of the injection and medication has reduced the pain in my back, and numbness in my right arm. There is still some pain. And I was told by Nurse Practioner P. Swhartz that I would have a follow up app. with her to see how the medication was working for me. And as of date 8/26/17 I have not yet seen her. So my complaint is still the same as stated in #IRR-JCC-17-852

OFFENDER SIGNATURE: Brandon Dabbs   DATE: 8/28/17

**RESPONSE**



RECEIVED SEP — DIRECTOR, DIV OF OFFENDER REHABILITATIVE SERVICES



RECEIVED SEP 11 2017 CORIZON HEALTH MISSOURI REGIONAL OFFICE

9/11/17

| SIGNATURE | DATE |
|---|---|

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40

| OFFENDER SIGNATURE | DATE |
|---|---|

## Offender Grievance Appeal
## Response

**To:** Dabbs, Brandon #512946

**Institution:** Jefferson City Correctional Center

**Grievance Number:** JCCC-17- 852

**Date of Appeal:** August 30, 2017

Your grievance appeal has been received and reviewed. As well, as your medical record has been reviewed. The purpose of this review is to assure that timely and appropriate healthcare has been provided to you. This assessment of your medical needs may differ from your personal desires.

I understand your one original IRR complaint to be you contend that you do not feel you were being adequately treated for your chronic back pain and are requesting possible injections.

Upon review of your medical record, grievance records and investigation of your concern I found you have been closely followed by the medical staff at JCCC for your chronic right shoulder/ back pain issues and concerns. Your record notes appropriate pain medication has been ordered and adjusted when medically indicated by your provider. Your record also shows appropriate x-rays and follow-up care by the medical staff. I found no lack of healthcare, or further healthcare visits with the provider since July 10, 2017.

Conclusion: Based on the above information your grievance appeal is not supported as outlined above. Your record shows appropriate care and treatment for your medical issues by licensed, qualified healthcare professionals with many years of experience. We rely upon the independent, discretionary medical judgment of the site physicians to determine appropriate care, medication and treatment as needed.

This should resolve your grievance. No further action is indicated at this time. Should your medical condition change, please address any concerns through the sick call process at your facility.

**September 11, 2017**  **September 13, 2017**
**Date Received**  **Date of Response**

J. Cofield
Director Operations, Constituent Services

9/18/7

Reviewed by/Date
T.Bredeman, D.O. Assoc.Regional Medical Director

Brandon Dabbs #1756946
Jefferson City Correctional Center
8200 No More Victims Road
Jefferson City, Mo. 65101

Legal Mail

U.S. District Court
Office of the Clerk
1510 Whitaker Courthouse
400 E. Ninth Street
Kansas City, Mo. 64106

THIS CORRESPONDENCE IS FROM AN INMATE
IN THE CUSTODY OF THE
MISSOURI DEPARTMENT OF CORRECTIONS.
THE DEPARTMENT IS NOT RESPONSIBLE FOR THE
CONTENTS OF THIS CORRESPONDENCE. FOR
INFORMATION ABOUT THE DEPARTMENT OR TO VERIFY
INFORMATION ABOUT THE OFFENDER, PLEASE VISIT
OUR WEBSITE AT WWW.DOC.MO.GOV
<http://WWW.DOC.MO.GOV>